358

26299.   SMITH *v.* THE STATE.

DECIDED FEBRUARY 18, 1938.

*Dorsey Davis, Rupert A. Brown,* for plaintiff in error.
*Clarence E. Adams, solicitor, R. H. Gordon,* contra.

GUERRY, J.   The indictment in the present case charged the defendant with the larceny of "1 white plymouth rock pullet, . . and 1 dark-barred plymouth rock pullet." On the trial the prosecutor testified that "one of the chickens was a dominecker [dominique?], and the other one was a white-barred rock." Upon certification to the Supreme Court, that court ruled in answer to the question propounded that "The charge of larceny of '1 white plymouth rock pullet, . . and 1 dark-barred plymouth rock pullet,' is not supported by proof of larceny of two chickens, one of them being a 'dominecker' and the other 'a white-barred rock,' where there was no proof as to sex. . . In the circumstances there was such variance between the allegations and proof as to render the conviction illegal and require a new trial." *Smith* v. *State,* 185 *Ga.* 365 (195 S. E. 144). Therefore, the judgment of this court is that the judge erred in overruling the motion for new trial.

*Judgment reversed.   Broyles, C. J., and MacIntyre, J., concur.*